E-FILED; Baltimore City Circuit Court
Docket: 6/5/2026 12:39 PM; Submission: 6/5/2026 12:39 PM
Envelope: 26793230

**IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**
**Civil Division**

**CARLOS L. WALTON**
35 Parker Row SW, Apt. 453
Washington, DC 20024

Plaintiff

Case Number: C-24-CV-26-001718

v.

**ROCKINGHAM INSURANCE COMPANY**
633 East Market Street
Harrisonburg, Virginia 22801

*Serve:*
Robert Lyon
633 East Market Street
Harrisonburg, VA 22801

and

**JOHN DOE**
Name/address currently unknown

and

**PV HOLDING CORPORATION**
100 West Tenth Street, Room 1200
Wilmington, Delaware 19801

*Serve:*
CSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

and

**AVIS BUDGET CAR RENTAL, LLC**
2711 Centerville Road
Wilmington, Delaware 19808

*Serve:*
CSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

Defendants :

---

## FIRST AMENDED COMPLAINT

Plaintiff, Carlos L. Walton, by and through undersigned counsel, hereby files suit against Defendants, Rockingham Insurance Company, John Doe, PV Holding Corporation, and Avis Budget Car Rental, LLC, and as grounds therefor alleges as follows:

### Parties

1. Plaintiff, Carlos L. Walton, is an adult resident of the District of Columbia, residing at the above-captioned address.

2. Defendant, John Doe ("Defendant Doe"), is an adult whose name and state of residence is currently unknown.

3. Defendant, Rockingham Insurance Company ("Defendant Rockingham Insurance"), is a Virginia corporation, which regularly conducts business within the State of Maryland.

4. Defendant, PV Holding Corporation ("Defendant PV Holding"), is a corporation formed and headquartered in Delaware, which regularly conducts business in the State of Maryland.

5. Defendant, Avis Budget Car Rental, LLC ("Defendant Avis Budget"), is a corporation formed and headquartered in Delaware, which regularly conducts business in the State of Maryland.

### Factual Background

6. On or about November 9, 2024, Plaintiff was operating his motor vehicle

northbound on the 1300 block of Russell Street, in Baltimore City, Maryland.

7. There was another vehicle traveling immediately ahead of Plaintiff.

8. At the same time, Defendant Doe was operating a Silver 2024 Jeep Cherokee (Vin # 1C4RJKAG0R8548865) (Illinois Tag # FP253308) ("the fleeing vehicle").

9. Defendant Doe was traveling the wrong way (southbound) on Russell Street.

10. In an effort to avoid colliding with Defendant Doe, Plaintiff and the motorist traveling immediately ahead of Plaintiff took evasive action, causing Plaintiff's vehicle to strike the vehicle immediately ahead of him.

11. Following the collision, Defendant Doe fled the scene.

12. The Baltimore City Police Department responded to the scene of the collision, but were unable to locate, identify, or apprehend the unidentified motorist.

**<u>Count I – Negligence</u>**
**(Plaintiff v. Defendant Doe)**

13. At all times relevant hereto, Defendant Doe was duty bound to operate his/her vehicle with reasonable care and prudence.

14. Notwithstanding this duty, and in breach thereof, Defendant Doe operated his/her vehicle in a negligent manner by traveling the wrong way on a one-way street, causing multiple motorists to take evasive action, which caused Plaintiff's vehicle to collide with another vehicle. Defendant Doe's negligence consisted of, among other things, failing to drive on the right side of the roadway, failing to obey a properly-placed traffic control device, failing to pay full time and attention, failing to keep a proper lookout, and otherwise failing to operate his/her vehicle in a safe and reasonable

manner.

15. As a direct and proximate result of Defendant Doe's negligence, Plaintiff suffered bodily injuries; has incurred medical and other expenses; has suffered lost wages; has suffered property damage; has experienced pain and suffering; has been prevented from engaging in normal social and recreational activities; and has suffered and may continue to suffer other damages.

*Prayer for Relief*

WHEREFORE, Plaintiff, Carlos L. Walton, hereby demands judgment against Defendant, John Doe, in an amount in excess of SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00), plus costs, and such further relief as this Court deems necessary and appropriate.

**Count II – Negligent Entrustment**
**(Plaintiff v. Defendants PV Holding and Avis Budget)**

16. Plaintiff incorporates by reference the preceding paragraphs, in the same force and effect as if fully re-alleged herein, and further alleges as follows:

17. At all times relevant hereto, Defendants PV Holding and Avis Budget owned the fleeing vehicle, and had possession, custody, and/or control of the fleeing vehicle.

18. As such, Defendants PV Holding and Avis Budget were duty bound to take reasonable steps to prevent unauthorized use of the fleeing vehicle, and to exercise reasonable care and prudence in entrusting the fleeing vehicle to others.

19. Notwithstanding this duty, and in breach thereof, Defendants PV Holding and Avis Budget failed to take reasonable and prudent steps to secure the fleeing vehicle and to prevent its unauthorized use. In the alternative, Defendants PV Holding

and Avis Budget entrusted and/or supplied the fleeing vehicle to Defendant John Doe, despite actual or constructive knowledge that Defendant John Doe (because of youth, inexperience, a history of motor vehicle collisions/traffic infractions, or otherwise), was likely to use the fleeing vehicle in such a manner as to pose unreasonable risk of physical harm to other motorists on the public roadways, including, but not limited to, Plaintiff.

20. As a direct and proximate result of Defendants PV Holding's and Avis Budget's negligence, Plaintiff suffered bodily injuries; has incurred medical and other expenses; has suffered lost wages; has suffered property damage; has experienced pain and suffering; has been prevented from engaging in normal social and recreational activities; and has suffered and may continue to suffer other damages.

*Prayer for Relief*

WHEREFORE, Plaintiff, Carlos L. Walton, hereby demands judgment against Defendants, PV Holding Corporation and Avis Budget Car Rental, LLC, in an amount in excess of SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00), plus costs, and such further relief as this Court deems necessary and appropriate.

**Count III – Vicarious Liability (*Respondeat Superior*)**
**(Plaintiff v. Defendants PV Holding and Avis Budget)**

21. Plaintiff incorporates by reference the preceding paragraphs, in the same force and effect as if fully re-alleged herein, and further alleges as follows:

22. At all times relevant hereto, John Doe was operating a motor vehicle owned by Defendant PV Holding, was operating said vehicle with Defendant PV Holding's and/or Defendant Avis Budget's full knowledge and consent, and was acting as Defendant PV Holdings' and/or Defendant Avis Budget's agent, servant, and/or

employee.

23. As Defendant John Doe was Defendant PV Holding's and/or Defendant Avis Budget's agent, servant, and/or employee, Defendant PV Holding and/or Avis Budget is/are vicariously liable for Defendant John Doe's negligence, and Plaintiff's resulting injuries and damages.

*Prayer for Relief*

WHEREFORE, Plaintiff, Carlos L. Walton, hereby demands judgment against Defendants, PV Holding Corporation and Avis Budget Car Rental, LLC, in an amount in excess of SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00), plus costs, and such further relief as this Court deems necessary and appropriate.

**Count IV – Breach of Contract (UM)**
**(Plaintiff v. Defendant Rockingham Insurance)**

24. Plaintiff incorporates by reference the preceding paragraphs, in the same force and effect as if fully re-alleged herein, and further alleges as follows:

25. At all times relevant hereto, a contract for automobile insurance was in effect between Plaintiff (the insured), and Defendant Rockingham Insurance (the insurer).

26. The insurance contract between Plaintiff and Defendant Rockingham Insurance afforded, *inter alia*, uninsured motorist coverage. This coverage provides that Defendant Rockingham will pay Plaintiff all sums he would be entitled to recover from an "uninsured motorist" as damages arising from the ownership, maintenance, or use of a motor vehicle.

27. On or about November 9, 2024, Plaintiff was involved in a motor vehicle collision, as previously alleged above.

28. Defendant Doe's negligence was the cause of the collision.

29. Defendant Doe fled the scene following the collision and Defendant Doe's identity is currently unknown.

30. Plaintiff has made all reasonable efforts to identify and/or locate Defendant Doe but has been unable to do so.

31. Defendant Doe, as an unidentified motorist, is therefore an "uninsured motorist" as contemplated under Plaintiff's insurance contract with Defendant Rockingham Insurance.

32. As such, Plaintiff is entitled to uninsured motorist ("UM") benefits under the insurance contract.

33. Plaintiff has demanded payment of said benefits from Defendant Rockingham Insurance.

34. Defendant Rockingham Insurance has breached the insurance contract by refusing to pay said benefits to Plaintiff.

*<u>Prayer for Relief</u>*

WHEREFORE, Plaintiff, Carlos L. Walton, hereby demands judgment against Defendant, Rockingham Insurance Company, in an amount in excess of SEVENTY-FIVE THOUSAND & 00/100 U.S. DOLLARS ($75,000.00), plus costs, and such further relief as this Court deems necessary and appropriate.

Respectfully submitted,

GREENBERG & BEDERMAN, LLC

Christopher D. Salsman (CPF # 1512160234)
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (240) 704-8900 / Fax: (240) 359-6228
CSalsman@GBLawyers.com
*Attorney for Plaintiff, Carlos L. Walton*

**Jury Prayer:**

Plaintiff respectfully requests a jury as to all claims alleged herein.

Christopher D. Salsman, Esq.

**Certificate of Service:**

I HEREBY CERTIFY that, this 5th day of June 2026, a true and accurate copy of the foregoing First Amended Complaint was sent, via email, to the following:

Attn: Claim # 236117
Maurice Stovall (Claims Adjuster)
Rockingham Insurance Company
633 East Market Street
Harrisonburg, Virginia 22801
*Assigned Claims Adjuster*

Christopher D. Salsman, Esq.