**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| CARLOS L. WALTON | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:26-cv-02786-BAH |
| ROCKINGHAM INS. CO, et al | * | |
| *Defendant.* | * | |

* * * * * * * * * * * *

**RESPONSE TO AMENDED STANDING ORDER 2021-13**
**CONCERNING REMOVAL ACTIONS**

Defendants Avis Budget Car Rental, LLC ("Defendant ABCR"), and PV Holding Corp ("Defendant PVHC."), (hereinafter collectively referred to as "Removing Defendants"), by their attorneys, FERGUSON, SCHETELICH & BALLEW, P.A., and Peter J. Basile, respectfully submit this Response to Amended Standing Order 2021-13 Concerning Removal Actions, and state as follows:

1. The date(s) on which each defendant was served with a copy of the summons and complaint.

**Answer 1:** The Removing Defendants were each served with a copy of the Summons and Complaint on June 17, 2026. On information and belief, Defendant Rockingham Insurance Company ("Defendant RIC"), was served with a copy of the Summons and Complaint on or around March 17, 2026

2. In actions predicated on diversity jurisdiction, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.

**Answer 2:**

None of the Defendants are Maryland Defendants. Defendant PVHC has been and

continues to be a corporation organized and existing under the laws of the State of Delaware, whose principal place of business is in the State of New Jersey.

Defendant ABCR is a Delaware Limited Liability Company with its principal place of business in New Jersey. Defendant ABCR's sole member is Avis Budget Holdings, LLC.

Avis Budget Holdings, LLC, is a Delaware Limited Liability Company with its principal place of business in New Jersey. Avis Budget Holdings, LLC's sole member is Cendant Finance Holding Company LLC. Cendant Finance Holding Company LLC is a Delaware Limited Liability Company with its principal place of business in New Jersey. Cendant Finance Holding Company LLC's sole member is Avis Budget Group, Inc. Avis Budget Group, Inc. is a publicly traded corporation incorporated in Delaware with its principal place of business in New Jersey.

Upon information and belief, Defendant RIC is a corporation organized and existing under the laws of the state of Virginia whose principal place of business is in the state of Virginia.

3. If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.

**Answer 3:** Upon information and belief Defendant RIC was served with a copy of the Summons and Complaint on or around March 17, 2026, and thereafter filed an answer in the State Court Action on or around July 7, 2026. Defendant RIC has consented to Defendant ABCR and PVHC's removal of the matter to federal court.

The removing defendants were each served with a copy of the Summons and

Complaint on June 17, 2026 and removed this matter on July 15, 2026. Therefore, removal was filed within 30 days of proper service on the Removing Defendants.

4. In actions removed to this Court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.

**Answer 4:** This request is inapplicable because removal occurred less than one (1) year from the date that the State Court action was commenced. Plaintiff commenced the State Court Action on March 6, 2026. Defendant ABCR, and Defendant PVHC removed this action on July 15, 2026.

5. Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.

**Answer 5:** Defendant RIC was served prior to the removal of this action, and consented to the removal of this action prior to removal. Defendant RIC has now formally consented to and/or joined in the removal.

Pursuant to Local Rule 103.5(a), the undersigned counsel for Defendant certifies that true and accurate copies of all process, pleadings documents and orders in the State Court action have been filed in the United States District Court.

FERGUSON, SCHETELICH & BALLEW, P.A.

By: /s/ *Peter J. Basile*
Peter J. Basile
Fed. Trial Bar. # 10405
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201
(410) 837-2200
(410) 837-1188 (fax)
pbasile@fsb-law.com
*Attorney for Defendants*
*Avis Budget Car Rental, LLC,*
*& PV Holding Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July, 2026, a copy of the foregoing Response to Amended Standing Order 2021-13 was filed and served through the Court's e-filing system to all counsel of record.

By: /s/ *Peter J. Basile*
Peter J. Basile