**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

CARLOS L. WALTON *

*Plaintiff,* *

v. * Case No.: 1:26-cv-02786-BAH

ROCKINGHAM INS. CO, et al *

*Defendant.* *

* * * * * * * * * * * *

**JOINT STATUS REPORT**

Plaintiff Carlos L. Walton and Defendants PV Holding Corporation, Avis Budget Car Rental, LLC, and Rockingham Insurance Company, by their undersigned counsel, submit this Joint Status Report in response to the Court's July 23, 2026, Scheduling Order, and state as follows:

1. Requests for Modification of Proposed Scheduling Order

The parties would request that this case be referred to an early settlement conference and that the scheduling order deadlines be stayed until the completion of that settlement conference. This will give the parties an opportunity to explore a potential early resolution to this matter without incurring unnecessary expenses. In the event that this Court does not stay the scheduling order, then the parties would request that the scheduling order dates be pushed out ninety (90) days.

2. Joint Request for early settlement/ADR

The parties request that this matter be referred to a magistrate judge for an early settlement conference.

3. Report on Deposition Hours

If the stay is lifted on the scheduling order, the parties agree that the allocated fifteen (15) hours of depositions of fact witnesses will be sufficient.

4. Whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings

There is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

5. Report on conference regarding discovery of electronically stored information

The parties have conferred and agree that this is not a matter that requires any specialized steps for discovery of electronically stored information.

Very truly yours,

FERGUSON, SCHETELICH & BALLEW, P.A.

*/s/ Peter J. Basile*
Peter J. Basile
Fed. Trial Bar # 10405
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201
(410) 837-2200
(410) 837-1188 (fax)
pbasile@fsb-law.com
*Attorneys for Defendant Avis and PV Holding Company*

IAMELE & IAMELE, LLP

*/s/ Christopher D. Salsman*
Christopher D. Salsman
Fed. Trial Bar # 10405
1111 Bonifant Street
Silver Spring, Maryland 20910
(240) 704-8900
(240) 359-6228 (fax)
csalsman@GBLawyers.com
*Attorney for Plaintiff Carlos L. Walton*

THOMAS, THOMAS & HAFER LLP
*/s/ Michele R. Harper*
Michele R. Harper
Fed. Trial Bar #27197
10065 Red Run Blvd, Suite 130
Owings Mills, Maryland 21117
(410) 653-0460
mharper@tthlaw.com
*Attorney for Defendant*
*Rockingham Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August, 2026, a copy of the foregoing Joint Status Report, was served via the Court's e-filing system to all counsel of record.

By: /s/ *Peter J. Basile*
Peter J. Basile
Fed. Trial Bar. # 10405